# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2041
_____

LAVAR C. PULLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

July 24, 2019


PER CURIAM.

DISMISSED.

WOLF, ROBERTS, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lavar C. Pullins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.